**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6935**

GRAHAM SCHIFF,

        Petitioner - Appellant,

    v.

WARDEN,

        Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge. (1:22-cv-03332-TDC)

Submitted: October 19, 2023               Decided: December 19, 2023

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Graham Harry Schiff, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Harry Schiff seeks to appeal the district court's order denying his motion to stay adjudication of a pending 28 U.S.C. § 2254 petition, concluding his 28 U.S.C. § 2241 petition was duplicative, granting a motion to seal filed by Respondent, and ruling on various nondispositive motions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Schiff seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*